IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHILIP SCHREIER,

           Plaintiff,

vs.

COVENTRY HEALTH CARE OF NEBRASKA, INC.,

           Defendant.

8:13CV71

ORDER

This matter is before the court on the parties' Joint Motion for Extension of Rule 26(f) Report Deadline and Deadline for Plaintiff to File a Response to Defendant's Motion to Strike (Filing No. 11).  The parties seek to extend deadlines to file their planning report and complete briefing for the motion to strike until after they have an opportunity to produce and review the administrative record.  The court finds good cause exists for the extensions requested.  Accordingly,

      **IT IS ORDERED**:

      1.    The parties' Joint Motion for Extension of Rule 26(f) Report Deadline and Deadline for Plaintiff to File a Response to Defendant's Motion to Strike (Filing No. 11) is granted.

      2.    The parties shall have until **June 11, 2013**, to file their joint motion for entry of a protective order related to the administrative record.

      3.    The defendant shall produce the administrative record and relevant plan documents within two weeks of the court's entry of an agreed protective order.

      4.    The parties shall have until **August 9, 2013**, to meet, confer, and report to the court pursuant to Fed. R. Civ. P. 26(f).

      5.    The plaintiff shall have until **July 15, 2013**, to file a response to the defendant's Motion to Strike (Filing No. 6).  The defendant shall have to **July 25, 2013**, to file a reply.

      Dated this 4th day of June, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge