IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PHILIP SCHREIER,<br><br>        Plaintiff,<br><br>vs.<br><br>COVENTRY HEALTH CARE OF NEBRASKA, INC.,<br><br>        Defendant. | 8:13CV71<br><br>ORDER |

Upon notice of settlement given to the magistrate judge on August 5, 2013, by Kathryn E. Jones, counsel for the defendant,

**IT IS ORDERED that**:

1. On or before **September 5, 2013**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned magistrate judge, at thalken @*ned.uscourts.gov*, a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The deadline for filing a planning report, the defendant's Motion to Strike ([Filing No. 6](#)), and the plaintiff's Motion to Amend ([Filing No. 19](#)) are terminated as moot upon the representation that this case is settled.

Dated this 5th day of August, 2013.

                                            BY THE COURT:

                                            s/ Thomas D. Thalken
                                          United States Magistrate Judge