IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

PHILIP SCHREIER,

            Plaintiff,

vs.

COVENTRY HEALTH CARE OF
NEBRASKA, INC.,

            Defendant.

8:13CV71

ORDER

This matter is before the court on the parties' Stipulation for Dismissal with Prejudice (Filing No. 25). The court finds that the parties' joint stipulation should be granted in accordance with Fed. R. Civ. P. 41(a).

**IT IS ORDERED** that the parties' joint stipulation (Filing No. 25) is granted and this case is dismissed with prejudice, each party to bear its own costs.

Dated this 19th day of August, 2013.

                                                BY THE COURT:

                                                s/ Thomas D. Thalken
                                                United States Magistrate Judge